UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY BOTEILHO,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTINE GREGOIRE *et al.*,<br><br>    Defendants. | CASE NO. C09-5407FDB<br><br>ORDER TO PROVIDE SERVICE DOCUMENTS |

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has been granted leave to proceed *in forma pauperis.* Plaintiff has not provided an adequate number of copies of the complaint or filled out United States Marshal's Service forms. The Court has only two service copies of the complaint and no Marshal's service forms.

Plaintiff is hereby ordered to provide a copy of the complaint, and filled out Marshal's service form for each defendant named in the complaint. The copies are due in Court on or before September 25, 2009. Failure to provide the Service documents will result in a Report and Recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.

ORDER - 1

The Clerk's Office is directed to note the September 25, 2009 due date on the Court's calendar.

DATED this 14th day of August, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2