UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY BOTEILHO,

        Plaintiff,

v.

CHRISTINE GREGOIRE *et al*.,

        Defendants.

CASE NO. C09-5407FDB/JRC

ORDER RESCINDING THE ORDER DIRECTING SERVICE BY UNITED STATES MARSHAL

    This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. On August 17, 2009, the court entered an order directing plaintiff to provide service copies (Dkt. # 5). On September 28, 2009, plaintiff sought a short extension of time by letter (Dkt. # 7). This letter referenced an amended complaint, but no amended complaint was attached. On October 5, 2009, the clerk's office received a number of complaints and service forms and a notation was entered that the service copies had been received. On October 21, 2009, the court entered an order directing the United States Marshals to serve the complaint (Dkt. #9). The court has now discovered that the copies are actually amended

ORDER - 1

complaints. The amended complaint adds new defendants and is not the same as the original complaint.

While plaintiff alleges there are seventeen defendants, the court counts the number of defendants as being 24 plus John and Jane Does. The court has eighteen copies of the amended complaint, but does not have the proper number of Marshal's Service Forms.

The Order Directing Service entered October 20, 2009, (Dkt. # 9) is **RESCINDED**. Plaintiff will have until December 4, 2009, to provide six more copies of the amended complaint and a complete set of filled out Marshals Service forms. The six new copies must be identical to the eighteen amended complaints already received by the court.

Failure to comply with this order will result in a Report and Recommendation that this action be dismissed for failure to comply with a court order. The Clerk is directed to send a copy of this Order and 24 blank Marshal's service forms to plaintiff. The clerk should also note the December 4, 2009 date on the court's calendar.

DATED this 2nd day of November, 2009.

J. Richard Creatura
United States Magistrate Judge