UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY BOTEILHO,

    Plaintiff,

v.

CHRISTINE GREGOIRE *et al*.,

    Defendants.

CASE NO. C09-5407FDB/JRC

ORDER

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. On November 23, 2009 the court received a letter from plaintiff regarding this action (Dkt. # 13). Plaintiff is cautioned that the court does not conduct business by letter and a motion is the proper manner to bring a matter to the court's attention.

The letter states that plaintiff wishes the court to serve the seventeen defendants for whom the full name was provided in the amended complaint. The court ordered plaintiff to provide a new set of Marshal's service forms on November 3, 2009 (Dkt. # 12). The court entered this order so there will be no doubt and no mistake as to whom plaintiff wants served.

ORDER - 1

| | |
|---|---|
| 1 | The court extends the deadline for providing the service forms until January 29, 2010. Failure to |
| 2 | provide a new set of forms will result in a Report and Recommendation that this action be |
| 3 | dismissed. |
| 4 | |
| 5 | The Clerk is directed to send a copy of this Order to plaintiff. The Clerk should also note |
| 6 | the January 29, 2010, date on the court's calendar. |
| 7 | DATED this 15th day of December, 2009. |

                                        J. RICHARD CREATURA
                                        UNITED STATES MAGISTRATE JUDGE