# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY BOTEILHO

JUDGMENT IN A CIVIL CASE

v.

CHRISTINE GREGOIRE, *et al.*,

CASE NUMBER: C09-5407BHS

- ☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion for clarification (Dkt. 59) is **GRANTED**; and

This action is transferred to the United States District Court for Arizona, at 401 West Washington Street, Phoenix, AZ 85003-2118.

| July 9, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk